SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ  85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
| | ) | |
| SHUMWAY, DAVID WILLIAM | ) | CASE NO. 08-09748-JMM |
| SHUMWAY, JODELL | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | ROUNDUP FUNDING LLC | 2.66 |
| | MS 550 | |
| | P O BOX 91121 | |
| | SEATTLE WA 98111-9221 | |

*October 26, 2010*

DATE

*/s/ Sharon Maxwell*

Sharon Maxwell, Trustee